IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN LEDEZMA-RODRIGUEZ,<br><br>Defendant. | ) <br>) <br>) Criminal No. 3:00-CR-0071<br>) <br>) RESISTANCE TO DEFENDANT'S<br>) MOTION TO REDUCE<br>) SENTENCE<br>) <br>) <br>) |

The United States respectfully files its resistance to defendant's Motion to Reduce Sentence (Court's Docket No. 199).

Defendant's motion is premised on *United States v. Holloway*, 69 F.Supp.3d 310 (E.D.N.Y. 2014), where the government endorsed the defendant's request for a reduced sentence. But the government has not conceded the issue in this case and, thus, contends that the Court lacks the authority to reduce defendant's sentence on this theory. *See, e.g., United States v. Brown*, 2016 WL 4745822 (N.D. Ohio 2016); *Acuna v. United States*, 2016 WL 3747531 (D. Hawaii 2016).

Accordingly, defendant's Motion to Reduce Sentence should be denied.

        Respectfully submitted,

        Kevin E. VanderSchel
        United States Attorney

By:   */s/ Andrew H. Kahl*
        Andrew H. Kahl
        Assistant United States Attorney
        U. S. Courthouse Annex, Suite 286
        110 East Court Avenue
        Des Moines, Iowa  50309
        Tel:  (515) 473-9300
        Fax:  (515) 473-9292
        Email:  Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

  x  U.S. Mail      Fax     Hand Delivery

    ECF/Electronic filing     Other means

UNITED STATES ATTORNEY

By: /s/   A. Kahl
    AUSA